Robert Steven LOGAN, Plaintiff–Appellant,

v.

William CATOE, Director of SCDC; Benjamin Montgomery, Deputy Director; Willie Weldon, Warden of Lieber Correctional Institution; Captain Sanders; Thierry Nettles, Captain, Lieber Correctional Institution; Susan Richie, Classification, Lieber Correctional Institution; Anthony Hill, Officer, Lieber Correctional Institution; Moscoe Rhodes, Inmate of McCormick Correctional Institution; Asst Warden Bodison, Lieber Correctional Institution, Defendants–Appellees.

No. 01–6453.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

Robert Steven Logan, pro se. Russell W. Harter, Jr., Chapman, Harter & Groves, P.A., Greenville, SC, for appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Steven Logan appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Logan v. Catoe,* No. CA–00–199–3–20BC (D.S.C. Feb. 7, 2001). We deny Logan's request for a preliminary injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*